**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 05-7916**

───────────

KENNETH PHILLIPS,

                                      Plaintiff - Appellant,

        versus

MARY ANN SAAR, Secretary; FRANK C. SIZER, JR.,
Commissioner,

                                      Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-
04-3674-JFM)

───────────

Submitted:  May 18, 2006                    Decided:  May 30, 2006

───────────

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Kenneth Phillips, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, David Phelps Kennedy, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth Phillips appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Phillips v. Saar, No. CA-04-3674-JFM (D. Md. Nov. 2, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED